429 A.2d 90

Commonwealth v. Magno, Appellant.

Submitted September 13, 1979.  Nicholas A. Clemente, for appellant;  William L. Goldman, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.